IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:14-mj-0121 DAD |
| Plaintiff, | **O R D E R APPOINTING COUNSEL** |
| vs. | |
| ELISE PEREZ, | |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 1344(2)

CJA Panel attorney Kyle R. Knapp is hereby appointed effective June 3, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 6/5/2014

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL