1  KYLE R. KNAPP, SBN 166597
   Attorney at Law
2  1120 D Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 441-4717

4  Attorney for Defendant
   ELISE PEREZ

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11                                  )
   UNITED STATES OF AMERICA,        ) CR NO.  14-MJ-00121-DAD
12                                  )
                   Plaintiff,       )
13 v.                               ) STIPULATION AND ORDER TO EXTEND
                                    ) TIME FOR PRELIMINARY HEARING AND
14                                  ) EXCLUDE TIME
   ELISE PEREZ,                     )
15                                  )
                                    ) Date:  June 24, 2014
16                                  ) Time:  2:00 p.m.
                   Defendants.      ) Judge: Kendall J. Newman
17                                  )
   _____)
18

19

20      Plaintiff, United States of America, by and through Assistant

21 United States Attorney, MICHELLE RODRIGUEZ and Defendant ELISE PEREZ,

22 individually and by her counsel of record, KYLE R. KNAPP hereby

23 stipulate to continue the Preliminary Hearing currently set for June

24 24, 2014, to July 10, 2014, at 2:00 p.m.

25      The parties agree that the time beginning from the date of this

26 stipulation extending through July 10, 2014, should be excluded from

27 the calculation of time under the Speedy Trial Act. Further, the

28 defendant consents to an extension of the time for a Preliminary

Stipulation to Continue Preliminary Examination                    1

Hearing until July 10, 2014, Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

In particular, the time is required so that the parties can continue to conduct investigation and discuss a proposed disposition. The defendants consents to this continuance.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Respectfully submitted,

Dated: June 17, 2014

/s/ Kyle R. Knapp
KYLE R. KNAPP
Attorney for Defendant ELISE
PEREZ

Dated: June 17, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle R. Knapp for

MICHELLE RODRIGUEZ
Assistant United States Attorney

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6              EASTERN DISTRICT OF CALIFORNIA
7
8                                    )
   UNITED STATES OF AMERICA,         ) CR NO.  14-MJ-121-DAD
9                                    )
                        Plaintiff,   )
10  v.                               ) ORDER EXTENDING TIME FOR
                                     ) PRELIMINARY HEARING AND EXCLUDING
11                                   ) TIME BY STIPULATION OF THE PARTIES
   ELISE PEREZ,                      )
12                                   )
                                     ) Date:  June 17, 2014
13                      Defendant.   ) Time:  2:00 p.m.
                                     ) Judge: Kendall J. Newman
14                                   )
                                     )
15 _____  )

16                         ORDER

17      The Court has read and considered the Stipulation for Extension

18 of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion

19 of Time, filed by the parties in this matter on June 17, 2014. The

20 Court hereby finds that the Stipulation, which this Court

21 incorporates by reference into this Order, demonstrates good cause

22 for an extension of time for the Preliminary Hearing date, pursuant

23 to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

24 Furthermore, for the reasons set forth in the parties' stipulation,

25 the Court finds that the interests of justice served by granting this

26 continuance outweigh the best interests of the public and defendant

27 in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds

28 that the extension of time would not adversely affect the public's

Stipulation to Continue Preliminary Examination                    3

1   interest in the prompt disposition of criminal cases.

2        THEREFORE, FOR GOOD CAUSE SHOWN:

3   1.   The date of the Preliminary Hearing is extended to

4                    July 10, 2014, at 2:00 p.m.

5   2.   This time between June 17, 2014, and July 10, 2014, shall be

6   excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and

7   Federal Rule of Criminal Procedure 5.1(d).

8   3.   The defendant shall appear at the date and time before the

9   Magistrate Judge on duty.

10        IT IS SO ORDERED.

11  Dated:   June 18, 2014

12

13  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28